IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEE KIRK,                          No. C 09-04694 CW (PR)

       Petitioner,                      ORDER OF TRANSFER

   v.

R. A. BARNES,

       Respondent.
_____/

    Petitioner, a state prisoner, has filed a <u>pro se</u> petition for
a writ of habeas corpus in which he challenges the execution of his
sentence.  He seeks leave to proceed <u>in forma pauperis</u> (IFP).

    A petition for a writ of habeas corpus filed by a state
prisoner in a State that contains two or more federal judicial
districts may be filed in either the district of confinement or the
district of conviction.  <u>See</u> 28 U.S.C. § 2241(d).  The district
court where the petition is filed, however, may transfer the
petition to the other district in the furtherance of justice.  <u>See
id.</u>  Federal courts in California traditionally have chosen to hear
petitions challenging a conviction or sentence in the district of
conviction.  <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D.
Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968).
But if a habeas petition is directed to the manner in which a
sentence is being executed, e.g., if it involves parole or time
credit claims, the district of confinement is the preferable forum.
<u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th
Cir. 1989).

1    Petitioner is incarcerated at California Correction Center-

2  Susanville California, which lies within the venue of the Eastern

3  District of California.  See 28 U.S.C. § 84.  Because Petitioner

4  challenges the execution of his sentence, the Court hereby ORDERS

5  that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and

6  in the interests of justice, this petition be TRANSFERRED to the

7  United States District Court for the Eastern District of

8  California.

9    All remaining motions are TERMINATED on this Court's docket as

10  no longer pending in this district.

11    IT IS SO ORDERED.

12  Dated: 3/8/10

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

Kirk,

Plaintiff,

Case Number: CV09-04694 CW

5

v.

**CERTIFICATE OF SERVICE**

6

Barnes, et al,

7

Defendant.

_____/

8

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

10

11

12

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16

Richard Lee Kirk D-32934
CG-124-L
Mule Creek State Prison
P.O. Box 409060
Ione,  CA 95640

17

Dated: March 8, 2010

18

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California